**GOTTLIEB & ASSOCIATES PLLC**
**ATTORNEYS**

150 E. 18 St., Suite PHR, New York, NY 10003
212 228-9795    www.gottlieblaw.net

May 20, 2025

**VIA ECF**
The Honorable Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

                Re:    *Williams v. Schweiger Dermatology, PLC*
                      Case No.: 1:25-cv-1831

Dear Judge Abrams,

      The undersigned represents Milton Williams, on behalf of himself and all other persons similarly situated ("Plaintiff") in the above referenced matter against Defendant, Schweiger Dermatology, PLLC, ("Defendant"). With Defendant's consent, the undersigned respectfully requests that the Initial Conference scheduled for May 30, 2025, at 4:00 PM (Dkt. 9) be adjourned for 30 days because due to an unforeseen circumstance, the undersigned will be traveling without access to telephone or e-mail at the time of the scheduled conference. This is the Plaintiff's first request for an adjournment.

                                                                       Respectfully submitted,

                                                                     GOTTLIEB & ASSOCIATES PLLC

                                                                     */s/Michael A. LaBollita, Esq.*
                                                                     Michael A. LaBollita, Esq.

---

Application granted. The initial conference is adjourned to July 11, 2025 at 11:15 a.m. The parties shall file their joint letter and case management materials one week in advance.

SO ORDERED.

_____
Hon. Ronnie Abrams
May 21, 2025